U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 6 2013

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY D. HARRIS                                                    PLAINTIFF

VS.                                CASE NO. 13-1043

MIKE McGOUGH, INDIVIDUALLY AND
AS SHERIFF OF UNION COUNTY, ARKANSAS;                DEFENDANTS

WILLIAM COOPER, INDIVIDUALLY AND
AS A MEMBER OF THE 13TH JUDICIAL DISTRICT
DRUG TASK FORCE;

MICHAEL BLAKE, JOHN MILLER AND
CATHY PHILLIPS, INDIVIDUALLY AND
AS MEMBERS OF THE EL DORADO POLICE
DEPARTMENT AND JOHN DOE, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY

<u>**COMPLAINT FOR VIOLATION OF PLAINTIFF'S RIGHTS UNDER COLOR**</u>

<u>**OF LAW**</u>

<u>**AND FOR WAGE LOSS**</u>

**I.**

**JURISDICTION**

This Court has jurisdiction over this cause pursuant to 28 U. S. C. Sec. 1331, 42 U. S. C. Secs. 1983 and 1985, violation of the due process clause of the fifth and fourteenth Amendments to the United States Constitution. This action is also brought pursuant to the fourth Amendment to the United States Constitution.

**II.**

**VENUE**

A. Plaintiff Anthony D. Harris is a resident of Union County Arkansas.

B. All action complained of herein occurred in Union County Arkansas.

## III.

## RELIEF REQUESTED

Anthony D. Harris requests relief in the form of declaration judgment and injunctive relief, wage loss, and compensation for denial of his rights under 42 U. S. C. Secs. 1981 and 1985 the fifth and fourteenth Amendments to the United States Constitution, counsel fees and costs.

## IV.

## PARTIES

Defendant Mike McGough is a resident of Union County, Arkansas.

Defendant William Cooper is a resident of Ouachita County, Arkansas.

Steven Jerry, Michael Blake, John Miller, Cathy Phillip and Billy White are residents of Union County, Arkansas.

Defendants Steven Jerry, Michael Blake, John Miller, Cathy Phillip and Billy White were members of the El Dorado Police Department during all relevant times herein.

## V.

## FACTS

A. Anthony D. Harris (Harris or Plaintiff) is a black male citizen of Union County, Arkansas.

B. Harris lived at 201 South Roselawn Avenue, El Dorado, Arkansas in Apartment L.L. from 2009 until June 7, 2011. Exhibit A is attached and incorporated herein by reference.

C. On June 8, 2011, Agent William Cooper swore in a probable cause affidavit, inter alia, that Anthony D. Harris committed the offense of Delivery of a Controlled Substance

(crack cocaine) Count, Possession of a Controlled Substance without a prescription, and maintaining a drug premises.

D. On June 8, 2011, Drug Task Force Agent William Cooper swore that Anthony D. Harris had on April 3, 2011 sold crack cocaine to a confidential informant and that such transaction took place at Building L.J. located at 201 South Roselawn Avenue, El Dorado, Arkansas. See Exhibit B attached hereto and incorporated by reference.

E. On May 18, 2011, Drug Task Force Agent William Cooper executed an Affidavit for Search Warrant for Building L.J. of 201 South Roselawn Avenue, El Dorado, Arkansas and stated, among other things, that crack cocaine, books, computers, photographs, indicia of occupancy, and stolen property and fire arms were concealed with Building L.J.

F. William Cooper also swore on May 18, 2011 that Building L.J. of 201 South Roselawn Avenue, El Dorado, Arkansas was described as a tan building with brown trim and the front door is covered by a metal roof and the building number is visible as L.J. Exhibit C is attached hereto and incorporated by reference.

G. On May 18, 2011, a Search Warrant was issued for the search of Building L.J., 201 South Roselawn Avenue, El Dorado, Arkansas. See Exhibit D, attached hereto and incorporated by reference.

H. On June 8, 2011, William Cooper asserted that he had received a search and Building L.J. of 201 South Roselawn Avenue, El Dorado, Arkansas had been searched and that a prescription bottle containing 13 Darvocett pills had been seized. Exhibit E is attached hereto and incorporated by reference.

I. On June 7, 2011 Agent William Cooper made a report regarding his Execution of Search Warrant and asserted that on June 7, 2011, Agents with the 13th Judicial Drug Task Force along with the El Dorado Police Department had executed a search warrant at Apartment Building L.J. on 201 South Roselawn Avenue, El Dorado, Arkansas whereupon 13 Darvocett pills were found and Harris was charged with: Delivery of a Controlled Substance (crack cocaine) Count; maintaining a drug premises and possession of a controlled substance without a prescription. See Exhibit F attached hereto and incorporated by reference.

J. Harris was identified by Cathy Phillips as being the same person who appeared in a video regarding the person from whom drugs were purchased.

K. On June 7, 2011 Harris was arrested and delivered to Mike McGough, Sherriff of Union County, Arkansas.

L. On June 30. 2011 the Prosecuting Attorney of Union County filed an information against Anthony Harris for, among other things, delivery of a controlled substance (crack cocaine), a class Y felony. Attached hereto is Exhibit I, which is incorporated herein as Exhibit I.

M. After 86 days of confinement the Court dismissed all charges against Harris herein on November 3, 2011. Attached hereto is an Order of Noll Prosse. Nolle Prosequi, dismissing the criminal charges made June 7, 2011. See attached Exhibit I which is incorporated herein as Exhibit J.

N. Harris was confined imprisoned in the Union County jail by Mike Mc Gough from June 7, 2011 until November 3, 2009; a period of 86 days.

4

O. Anthony Harris was arrested on June 7, 2011 and confined to the Union County jail due to his race in violation of his fourth, fifth, eighth, and fourteenth Amendment to the Untied States Constitution.

P. Harris was arrested and confined t jail for 86 days due to the actions described herein of the defendants herein.

Q. Defendants William Cooper, Steven Jerry, Michael Blake, and John Miller acted intentionally and willfully when each of them invaded the residence of Anthony Harris located at 201 South Roselawn Avenue Apartment L.L., El Dorado, Arkansas on June 7, 2011.

R. Defendant Mike McGough while serving as Sheriff of Union County, Arkansas acted intentionally and willfully when he confined Anthony Harris in the Union County jail from June 7, 2011 until November 3, 2011.

S. On or about June 7, 2011 Cathy Phillips acted intentionally and willfully when she indentified Harris as being the same black individual whose image was recorded on camera as being a drug dealer.

T. All actions complained of herein by the defendants were intentional and/or willfully.

U. I have never rented or occupied Building L.J., at 201 South Roselawn, El Dorado, Arkansas.

V. During the time that I lived at 201 South Roselawn, El Dorado, Arkansas, I occupied Building L.L.

W. On June 7, 2011, when I was arrested by the defendant, I was in Building L.L.

WHEREFORE, Plaintiff Anthony Harris prays that he have and recover from Defendants Mike McGough, William Cooper, Steven Jerry, Michael Blake, John Miller, and Cathy Phillips judgment jointly and severally in amount $250,000.00; that punitive damages be awarded; costs and counsel fees and for all other relief including declaratory and injunctive relief.

RESPECTFULLY SUBMITTED,

ANTHONY D. HARRIS,
PLAINTIFF

*Eugene Hunt*
Eugene Hunt ABA #72060
P. O. Box 9588
320 W. Harding Ave.
Pine Bluff, AR 71611
Tele: (870) 534-4460
Fax: (870) 534-4967
Email: eugenehunt2000@yahoo.com