```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   EL DORADO DIVISION
```

ANTHONY D. HARRIS                                              PLAINTIFF

      v.              Case No. 1:13-CV-1043

WILLIAM COOPER, Individually and
as a member of the 13th Judicial District
Drug Task Force; STEVEN JERRY, Individually and
as a member of the El Dorado Police Department;
MICHAEL BLAKE, Individually and as a member of
the El Dorado Police Department; JOHN MILLER,
Individually and as a member of the El Dorado
Police Department; and ANGELA MEANS, Individually
and as a member of the El Dorado Police Department    DEFENDANTS

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Separate Defendant William Cooper's Motion for Summary Judgment (doc. 40) is **GRANTED**; Separate Defendants Michael Blake, John Miller, Steven Jerry and Angela Mean's Motion for Summary Judgment (doc. 43) is **GRANTED**; Plaintiff's motions in limine (docs. 63-64, 69) are **DENIED as moot**. Plaintiff's Second Amended Complaint (doc. 36) is **DISMISSED WITH PREJUDICE**. Each party is to bear its own fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 9th day of April, 2014.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge